```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 28158
   RHONDA DIANNA PERKINS
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-6604
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/29/04 and confirmed on 09/24/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 75782.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MONTEREY FINANCIAL SVCS | SECURED | 438.00 | 22.13 | 438.00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 14000.00 | 1000.95 | 14000.00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 11087.61 | 3043.88 | 11087.61 |
| AOL SHOP DIRECT | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC PATHOLOGY CONSULTA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AURORA UNIVERSITY | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 825.42 | .00 | 825.42 |
| MIDWEST PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 678.00 | .00 | 678.00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 440.57 | .00 | 440.57 |
| GOVERNORS STATE UNIVERSI | UNSECURED | 7176.92 | 1036.65 | 7176.92 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MANUS DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY EXPRESS #127 | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1736.39 | .00 | 1736.39 |
| PUBLISHERS CLEARING HOUS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIACNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ROCKFORD COLL PERF LEARN | UNSECURED | NOT FILED | .00 | .00 |
| ST XAVIER UNIVERSITY | UNSECURED | NOT FILED | .00 | .00 |
| CFC FINANCIAL | UNSECURED | 1038.23 | .00 | 1038.23 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| FNCB PREFERRED CHARGE SP | UNSECURED | NOT FILED | .00 | .00 |

```
SUZUKI                       UNSECURED     NOT FILED          .00         .00
TIME LIFE BOOKS              UNSECURED     NOT FILED          .00         .00
US DEPARTMENT OF EDUCATI     UNSECURED      17747.03      2449.19    17747.03
USA PAYDAY LOANS             UNSECURED        387.50          .00      387.50
EDWARD HOSPITAL              UNSECURED     NOT FILED          .00         .00
FIFTH THIRD BANK             UNSECURED     NOT FILED          .00         .00
MOTIANNI MD                  UNSECURED     NOT FILED          .00         .00
MONTEREY FINANCIAL SVCS      UNSECURED        137.05          .00      137.05
DAIMLER CHRYSLER FINANCI     UNSECURED       3774.47          .00     3774.47
     Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  25525.61          .00      33941.58         .00    59467.19
PRINCIPAL PAID      25525.61          .00      33941.58         .00    59467.19
INTEREST PAID        4066.96          .00       3485.84         .00     7552.80
TOTAL PAID          29592.57          .00      37427.42         .00    67019.99
```

The Debtor's attorney, PETER FRANCIS GERACI    , was allowed $  2700.00 and was paid $   2700.00 .

The Trustee received $   3170.33 .

Refunds to the Debtor totaled $   2891.68 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


      Dated: 08/19/08                  /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 04 B 28158 RHONDA DIANNA PERKINS